UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY E. DAVIS, JR.,
ADC #654730                                                                                    PLAINTIFF

V.                              5:17CV00130 KGB/JTR

JOHNSON, Nurse; and
LEWIS, Guard, Brassell Detention Center                                    DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended ("Recommendation") has been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation.  The failure to timely file objections may result in waiver of the right to appeal questions of fact.

I. Discussion

Plaintiff, Anthony E. Davis, Jr. ("Davis"), has filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights.  On May 30, 2017, the Court gave Davis thirty days to file a prison calculation sheet so that it could be determined whether he was entitled to proceed *in forma pauperis*. Doc. 3.

1

Importantly, the Court warned Davis that this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.* (citing Local Rule 5.5(c)(2)).

As of the date of this Recommendation, Davis has not complied with the May 30, 2017 Order, and the time for doing so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Pursuant to Local Rule 5.5(c)(2), Davis's Complaint *(Doc. 2)* be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. Davis's Application to Proceed *In Forma Pauperis (Doc. 1)* be DENIED, AS MOOT.

3. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE