# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANTHONY E. DAVIS, JR.**                                                   **PLAINTIFF**
**ADC# 654730**

**v.**                  **Case No. 5:17-cv-00130 KGB/JTR**

**JOHNSON;** *et al.*                                                     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition from United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). Plaintiff Anthony Davis, Jr. has not filed objections. After careful consideration of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Therefore, Mr. Davis' claims are dismissed without prejudice pursuant to Local Rule 5.5. His motion for leave to proceed *in forma pauperis* is denied as moot (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 31st day of August, 2017.

                                                      Kristine G. Baker
                                                      United States District Judge