IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY E. DAVIS, JR.  PLAINTIFF
ADC# 654730

v.  Case No. 5:17-cv-00130 KGB/JTR

JOHNSON; *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 31st day of August, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge